UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Orlando Paul, #231996, ) | C/A No.  4:25-10408-SAL-TER |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| Warden Early, Deputy Warden Harouff, ) | |
| Captain Blakely, QMHP  Vickery, ) | |
| Associate Warden Wertz, ) | |
| Sgt. Haevelin, Lt. Salazar, ) | |
| Lt. Aguayo, Ofc. San Souci, ) | |
| Sgt. Thomas, Sgt. Calix, Ofc. Mateo, Ofc. Williams,) | |
| Ofc. Morfin, Sgt. Kevan, ) | |
| Sgt. Root, Ofc. Loftis, ) | |
| Lt. Burzinski, Lt. Meyers, ) | |
| Ofc. Golan, Ofc. Beachiman, ) | |
| Defendants. ) | |

On August 22, 2025, Plaintiff was ordered to file an Amended Complaint to cure deficiencies in the original complaint. (ECF No. 7). Plaintiff has filed a motion requesting a copy of his original complaint and "attending exhibits." (ECF No. 10). Plaintiff's complaint filing was over 200 pages. (ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, 1-5). Plaintiff alleges he did not receive the order until August 29, 2025.

The motion is granted in part and denied in part. The Clerk's Office is directed to provide plaintiff with a copy of his Complaint and exhibits (ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, 1-5).  The Court advises plaintiff that he remains responsible for any other costs associated with this case, consistent with Local Civil Rule 83.III.03 of the District of South Carolina and applicable rules and procedures. The Clerk shall mail Plaintiff a copy of the court's copy policy. If Plaintiff wishes to request copies in the future, he may submit his request to the Clerk's Office along with any copy fees. Providing further copies without payment is not anticipated in the future.

Plaintiff alleges incorrectly in his motion that the court gave him "120 days" to amend his complaint. (ECF No. 10 at 1). Plaintiff's prior deadline to amend was September 15, 2025. Plaintiff's current deadline to file an Amended Complaint with the Court in compliance with the prior order is now September 26, 2025.

**IT IS SO ORDERED**.

September 9, 2025
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge